464 A.2d 539

In Matter of DuPuis and Green.

Argued May 24, 1983. Marilyn Woolery, for appellant; Joseph Martone, for participating party.

Before CAVANAUGH, ROWLEY and CIRILLO, JJ.

Decree affirmed.

464 A.2d 539

Rosato, et ux. v. Fry, Appellant.

Argued March 10, 1982. Angela E. Nolan, for appellant; Bruce A. O'Neill, for appellees.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Order affirmed.